**Mohamad Adnan BAYAZID, Plaintiff,**

v.

**THE J.D. REECE COMPANY, et al, Respondent,**

**Warindar KUMAR, Appellant.**

**Nos. WD 58021, WD 58022.**

Missouri Court of Appeals, Western District.

Sept. 4, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2001.

Application for Transfer Denied Dec. 18, 2001.

Richard Dvorak, Overland Park, KS; Jameds Anderson, Kansas City, MO, for Appellant.

Loren Wray Moll, Overland Park, KS for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, and RONALD R. HOLLIGER, Judges.

## ORDER

Appellant Warindar Kumar appeals the trial court's judgment notwithstanding the verdict in favor of Respondent J.D. Reece Company, and its order granting J.D. Reece a new trial. At the conclusion of trial, the jury returned a verdict for Kumar on his claim for lost profits from the development and sale of certain real estate upon allegations that J.D. Reece's agent had improperly interfered with Kumar's purchase of the property from the seller, Mohamad Adnan Bayazid. The trial court sustained J.D. Reece's motion for judgment notwithstanding the verdict, or in the alternative granting its motion for a new trial.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).